In the Matter of the Estate of ANTHONY DUGRO, Deceased. FRANCIS A. DUGRO et al., Appellants; DOROTHEA W. DUGRO, II, et al., Respondents.

Argued October 6, 1941; decided November 19, 1941.

596

*Louis Stone, Howard O. Patterson* and *Joseph L. Maged* for appellants.

*John L. Delius* and *Thomas R. Purcell* for Dorothea W. Dugro, II, respondent.

Order affirmed, with costs to all parties filing separate briefs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.